UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA LOPEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FEDEX OFFICE AND PRINT SERVICES, INC. and DOES 1 through 50, inclusive,<br><br>　　　　　　　　　　　　　Defendants. | Case No.: 23-cv-02155-JO-SBC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND, DENYING DEFENDANT'S REQUEST FOR JUDICIAL NOTICE, DENYING PLAINTIFF'S REQUEST FOR ATTORNEYS' FEES, AND DENYING DEFENDANT'S MOTION TO COMPEL** |

　　　　For the reasons stated on the record, the Court issues the following rulings.  First, the Court GRANTS Plaintiff's motion to remand [Dkt. 6] because Defendant FedEx Office and Print Services, Inc.'s ("Defendant FedEx") has not met its burden to establish that the amount in controversy, when considering attorneys' fees, more likely than not exceeds $75,000 as required to establish diversity jurisdiction.  *See Sanchez v. Monumental Life Ins. Co.*, 102 F.3d 398, 404 (9th Cir. 1996).

1

Second, the Court DENIES as MOOT Defendant FedEx's request for judicial notice [Dkt. 15-4] on the grounds that the Court did not rely on these documents in reaching its decision.

Third, the Court DENIES Plaintiff's request for attorneys' fees pursuant to 28 U.S.C. § 1447(c) because Plaintiff has not shown that "the removing party lacked an objectively reasonable basis for seeking removal." *Martin v. Franklin Cap. Corp.*, 546 U.S. 132, 141 (2005).

Finally, because the Court remands this case to state court, the Court also DENIES as MOOT Defendant FedEx's motion to compel arbitration [Dkt. 8].

The Clerk of the Court is instructed to close the case.

**IT IS SO ORDERED**.

Dated:  January 31, 2024

_____
Honorable Jinsook Ohta
United States District Judge